No. 72–1040. COMMUNIST PARTY OF INDIANA ET AL. *v.* WHITCOMB, GOVERNOR OF INDIANA, ET AL., 414 U. S. 441;

No. 72–1195. AMERICAN PIPE & CONSTRUCTION CO., ET AL. *v.* UTAH ET AL., 414 U. S. 538;

No. 73–573. VACHON *v.* NEW HAMPSHIRE, 414 U. S. 478;

No. 73–618. HARRISON PROPERTY MANAGEMENT CO., INC., ET AL. *v.* UNITED STATES, 414 U. S. 1130;

No. 73–5308. SCHNEIDER *v.* CALIFORNIA, 414 U. S. 1132;

No. 73–5550. MILLER *v.* UNITED STATES, 414 U. S. 1159;

No. 73–5712. CHAVEZ *v.* McCARTHY, WARDEN, 414 U. S. 1134; and

No. 73–5781. MADDEN *v.* CIRCUIT COURT FOR DODGE COUNTY ET AL., 414 U. S. 1142. Petitions for rehearing denied.

No. 72–1289. NATIONAL RAILROAD PASSENGER CORP. ET AL. *v.* NATIONAL ASSOCIATION OF RAILROAD PASSENGERS, 414 U. S. 453. Petition for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

